**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1300**

ANNE MERCER,

Plaintiff - Appellant,

v.

DROHAN MANAGEMENT GROUP, INC.,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (1:10-cv-01212-GBL-IDD)

Submitted: August 9, 2012          Decided: August 23, 2012

Before DUNCAN and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Patricia A. Smith, LAW OFFICES OF PATRICIA A. SMITH, Alexandria, Virginia; Dale Edwin Sanders, Alexandria, Virginia, for Appellant. David D. Hudgins, Juliane C. Miller, HUDGINS LAW FIRM, PC, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anne Mercer appeals the district court's orders granting Drohan Management Group, Inc.'s motion for summary judgment and denying Mercer's Federal Rule of Civil Procedure Rule 59(e) motion in this action brought under the Americans with Disabilities Act, 42 U.S.C §§ 12101–12213.  Having reviewed and considered the record, briefs, and applicable law, we are persuaded that the district court reached the correct result on the merits of each of Mercer's claims pressed on appeal. Accordingly, we affirm the district court's judgment based substantially on the reasoning set forth in the district court's careful and thorough opinions.  Mercer v. Drohan Management Group, Inc., No. 1:10-cv-1212 (E.D.Va. November 28, 2011); Mercer v. Drohan Management Group, Inc., No. 1:10-cv-1212 (E.D.Va. February 21, 2012).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED